UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIXTO CRUZ MURILLO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CRUZ,<br><br>　　　　　Respondent. | 1:23-cv-00136-JLT-SKO (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Document# 12) |

　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On February 27, 2023, petitioner filed an application to proceed in forma pauperis. Petitioner was already authorized to proceed in forma pauperis in this action on January 30, 2023. Accordingly, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:　**February 28, 2023**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE